**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Luis PEREZ, Defendant–Appellant.**

**No. 06–41118**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 23, 2007.

Randall A. Blake, Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Robert Jackson Herrington, Plano, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jose Luis Perez appeals his jury-trial conviction for conspiracy to harbor and transport illegal aliens for financial gain and harboring and transporting illegal aliens for financial gain. Perez argues that the district court abused its discretion and violated his Confrontation Clause rights by sustaining an objection to a question he asked a government witness on cross-examination.

Because Perez was allowed to cross-examine the government witness and was not prevented from raising issues of the witness's credibility or reliability, the district court did not violate Perez's Confrontation Clause rights. *See United States v. Restivo*, 8 F.3d 274, 278 (5th Cir.1993). As the question to which the district court sustained the objection sought to elicit a lay opinion not based upon personal perception, the testimony Perez sought to elicit was inadmissible under FED.R.EVID. 701. *See Tex. A & M Research Found. v. Magna Transp., Inc.*, 338 F.3d 394, 403 (5th Cir.2003). Accordingly, the district court did not abuse its discretion by sustaining the objection. *See United States v. Dixon*, 413 F.3d 520, 525 (5th Cir.2005) (no abuse

of discretion to exclude inadmissible testimony).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.